Fredy Alejandro HIDALGO–SAN-
TACRUZ and Elena Mago
Hidalgo, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–72084.

United States Court of Appeals,
Ninth Circuit.

April 20, 2011.*

Filed May 4, 2011.

Fredy Alejandro Hidalgo–Santacruz,
Riverside, CA, pro se.

Elena Mago Hidalgo, Riverside, CA, pro
se.

OIL, Claire Workman, Trial, U.S. De-
partment of Justice, Civil Division/Office of
Immigration Litigation, Washington, D.C.,
Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ,
Circuit Judges.

MEMORANDUM **

Fredy Alejandro Hidalgo–Santacruz and
Elena Mago Hidalgo, natives and citizens
of Mexico, petition pro se for review of the
Board of Immigration Appeals' order dis-
missing their appeal from an immigration
judge's decision denying their motion to

reopen removal proceedings conducted in
absentia. We have jurisdiction under 8
U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen.
*Mohammed v. Gonzales,* 400 F.3d 785, 791
(9th Cir.2005). We deny the petition for
review.

The agency did not abuse its discretion
in denying petitioners' motion to reopen
because the motion was filed more than
five years after the January 15, 2003, re-
moval order, *see* 8 C.F.R.
§ 1003.23(b)(4)(i)(A)(1), and petitioners
failed to establish that they acted with the
due diligence required for equitable tolling,
*see Iturribarria v. INS,* 321 F.3d 889, 897
(9th Cir.2003), or fell within the exceptions
to the filing deadline, *see* 8 C.F.R.
§ 1003.23(b)(4)(iii)(A)(2); 8 U.S.C.
§ 1229(a); *Flores–Chavez v. Ashcroft,* 362
F.3d 1150, 1156 n. 4 (9th Cir.2004) ("Cur-
rent law does not require that the Notice
of Appear ... be in any language other
than English.").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.